**MEMO ENDORSED**


**FILLER RODRIGUEZ**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6-22-17__

June 22, 2017

<u>Via ECF</u>

Honorable Andrew L. Carter, Jr.
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Louis B. Cushman v. Brent Borland and Borland Capital Group*
     Case No.: 1:17-cv-01795(ALC)(AJP)

Dear Judge Carter:

  Pursuant to this Court's Order dated May 19, 2017, and after the Court extended all deadlines for 7 Days, the Defendants' Motion to Dismiss is due June 22, 2017. Counsel for Plaintiff has consented to an additional Fourteen (14) day extension for the Defendants to file their Motion to Dismiss to July 6, 2017. Accordingly, the Defendants request that all subsequent deadlines also be extended by the Fourteen (14) days. Therefore, the Opposition to the Motion to Dismiss would be moved to July 27, 2017 and the Defendants' Reply would be moved to August 3, 2017. The parties are engaged in active settlement negotiations and request the Fourteen (14) day extension of all deadlines to dedicate themselves to settlement discussions. This is the second request for an extension since the Court's Order dated May 19, 2017.

  Defendants are respectfully requesting this Fourteen (14) day extension of all current Motion to Dismiss deadlines as follows: Defendants' Motion July 6, 2017, Plaintiff's Opposition July 27, 2017 and Defendants' Reply if any August 3, 2017.

               Very truly yours,

               */s/ David Filler*

               DAVID FILLER, ESQ.
               For the Firm
               Bar Admission No.: 2567071

cc. Gerry Silver, Victoria Kennedy

**SO ORDERED:** */s/ Andrew L. Carter, Jr.*  6-22-17
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

FILLER RODRIGUEZ, LLP
1688 Meridian Ave., Suite 900
Miami Beach, Florida 33139
crodriguez@fillerrodriguez.com

T: 305.672.5007
F: 305.672.0470
fillerrodriguez.com