# FRENCH & CASEY, LLP
COUNSELORS AT LAW
29 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10006
Office: (212) 797-3544
Facsimile: (212) 797-3545
www.frenchcasey.com

August 3, 2017

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Louis B. Cushman v. Brent Borland and Borland Capital Group*
     Case No.: 1:17-cv-01795(ALC)

## SETTLEMENT REACHED

Dear Judge Carter:

  This firm serves as local counsel to the Defendants Brent Borland and Borland Capital in this matter. We write, with consent of all parties, to inform Your Honor that a final settlement agreement resolving this litigation has been fully executed by the parties.

  The settlement agreement provides that Plaintiff shall file for a dismissal of this action within five (5) days of the initial payment to be made by Defendants, and such payment to be made by August 18, 2017. We anticipate that the parties will file a notice of dismissal as provided for in the settlement agreement.

  Therefore, the parties respectfully request that this action be adjourned *sine die,* subject to the filing of the notice of dismissal as referenced above.

              Respectfully Yours,
              FRENCH & CASEY, LLP


              Victoria Kennedy

cc: <u>via ECF and e-mail</u>
   Gerry Silver, Esq. for Plaintiff
   David Filler, Esq. for Defendants
   Catherine Rodriguez, Esq. for Defendants